JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

SAMUEL ABRAHAM WOLDEKIDAN,

    Plaintiff,

       v.

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.

No. 2:25-cv-05733-SSS-SSC

JUDGMENT

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date: March 5, 2026

_____
HON. SUNSHINE S. SYKES
United States District Judge

-1-